UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | DOCKET NO.: 21-CR- 10342-PBS |
| ) | |
| STEVE WAITHE ) | |
| ) | |

## ASSENTED TO MOTION TO CONTINUE FINAL STATUS CONFERENCE AND MOTION FILING DEADLINE

The defendant, Steve Waithe, hereby moves this Honorable Court to continue the final status conference and deadline for filing dispositive motions, currently scheduled for February 15, 2023, for approximately 30 days. As grounds therefor, the government has produced a substantial amount of discovery in this case, and the parties have agreed to meet to discuss discovery and other aspects of this case. However, due to defense counsel being ill, that meeting has had to be rescheduled for later this month. Additional time is needed to allow the parties to confer, and so that Mr. Waithe can inform the Court how he wishes to proceed with motions.

The government, through Assistant United States Adam Deitch, assents to this motion. Respectfully submitted,

/s/ Jane Peachy
Jane Peachy, BBO #661394
Federal Public Defender Office
51 Sleeper St., 5th Floor
Boston, MA   02210
Tel: 617-223-8061

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 12, 2023.

                                              */s/ Jane Peachy*
                                              Jane Peachy