UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) DOCKET NO.: 21-CR- 10342-PBS |
| | ) |
| STEVE WAITHE | ) |
| | ) |

ASSENTED TO MOTION TO CONTINUE RULE 11 HEARING

The defendant, Steve Waithe, hereby moves this Honorable Court to continue the Rule 11 hearing currently scheduled for July 26, 2023 to another date in early September 2023. As grounds therefor, defense counsel needs additional time to provide the government with evidence in mitigation, and the parties need additional time to negotiate a possible plea agreement.

The government, through Assistant United States Adam Deitch, assents to this motion.

Respectfully submitted,

*/s/ Jane Peachy*
Jane Peachy, BBO #661394
Federal Public Defender Office
51 Sleeper St., 5th Floor
Boston, MA   02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 14, 2023.

*/s/ Jane Peachy*
Jane Peachy