UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVE WAITHE,<br><br>      Defendant. | Case No. 21-cr-10342-PBS |

## JOINT MOTION TO CONTINUE RULE 11 HEARING

The parties respectfully and jointly request, for the last time, a short, two-week continuance of the Rule 11 hearing in this matter, currently scheduled for November 1, 2023. As grounds for this motion, the parties submit that they are in the last stages of finalizing the terms of a plea agreement that would fully resolve the case, and the brief requested continuance will enable them to complete that process. All of the time has been excluded from the defendant's arrest on April 7, 2021, and the parties further request that the time be excluded until the date of the rescheduled Rule 11 hearing.

Respectfully submitted,

| STEVE WAITHE, | UNITED STATES OF AMERICA, |
|---|---|
| By his attorney, | By its attorney, |
| | JOSHUA S. LEVY |
| */s/ Jane F. Peachy* | Acting United States Attorney |
| Jane F. Peachy | |
| Assistant Federal Public Defender | */s/ Adam W. Deitch* |
| Office of the Federal Defender | Adam W. Deitch |
| 51 Sleeper Street, 5th Floor | Assistant United States Attorney |
| Boston, MA 02210 | One Courthouse Way, Suite 9200 |
| | Boston, MA 02210 |
| | adam.deitch@usdoj.gov |
| | 617-748-3123 |

Dated: October 31, 2023

## CERTIFICATE OF SERVICE

      Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                        */s/ Adam W. Deitch*
                                                        Adam W. Deitch
                                                        Assistant United States Attorney

Dated:  October 31, 2023