UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No: 21-cr-10342-PBS |
| ) | |
| STEVE WAITHE, ) | |
| Defendant. ) | |

GOVERNMENT'S MOTION FOR LEAVE TO FILE
VICTIM MATERIALS UNDER SEAL

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves this Court to allow the government to file the Victim Impact Statements submitted by or on behalf of the victims in this case under seal. As grounds for this request, the government submits that, in light of the sensitive nature of the subject matter and in order to ensure sufficient protection for the victims, the privacy interests at stake outweigh the public's interest in free access to the documents.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: /s/ Adam W. Deitch
Adam W. Deitch
Assistant United States Attorney

Date: March 5, 2024

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing will be sent electronically to the registered participants as identified on the Notice of Electronic filing.

|  |  |
|---|---|
| Dated: March 5, 2024 | /s/ Adam W. Deitch<br>Assistant United States Attorney |